IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                                              **RESPONDENT**

v.                              Criminal No. 4:11-cr-40037-006

**MARCUS SIMS**                                                                                   **MOVANT**

## ORDER

**BEFORE** the Court is the Motion to Amend/Correct (ECF No. 1327) filed herein by Movant. The Motion to Amend/Correct (ECF No. 1327) is **GRANTED**. The Respondent is directed to consider the Motion to Amend/Correct when it files its Response in this matter as previously ordered.

**ENTERED** this **2nd day of May 2014.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE