IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**             **RESPONDENT**

v.          **Criminal No. 4:11-cr-40037-006**

**MARCUS SIMS**             **MOVANT**

## ORDER

**BEFORE** the Court is the Motion to Supplement (ECF No. 1340) filed herein by Movant. The Motion to Supplement (ECF No. 1340) is **GRANTED**. The Court will consider the Motion to Supplement as a supplement to the Motion to Vacate in this matter. The Respondent may file any supplemental response it deems necessary to this supplement no later than October 14, 2014.

**IT IS FURTHER ORDERED**, the Movant file no further requests to amend or supplement his Motion in this matter. The Court has granted a motion to amend and now a motion to supplement. No further amendments or supplements will be allowed. The Clerk is directed to return to Movant any future Motion to Amend or Supplement submitted.

**ENTERED** this **12th day of September 2014.**

                                             /s/ Barry A. Bryant
                                             HON. BARRY A. BRYANT
                                             UNITED STATES MAGISTRATE JUDGE