AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America <br> v. <br> MARCUS SIMS <br> aka "Killer Clown", "Big Marc" | ) ) ) ) ) ) ) ) | 

Case No: 4:11CR40037-006

USM No: 10237-078

Date of Original Judgment: 10/29/2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   97   months **is reduced to**   78 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   10/29/2013   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   12/19/2014               /s/P.K. Holmes,III
                                                                            *Judge's signature*

Effective Date: _____            Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                                                    *Printed name and title*