IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**     **Respondent**

v.     No. 4:11-cr-40037-SOH-BAB-06
No. 4:14-cv-4068

**MARCUS SIMS**     **Movant**

## ORDER

Movant, an inmate currently confined to the Bastrop Federal Correctional Institution, Bastrop, Texas, files this Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 1535), in connection with his appeal of this Court's denial of his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. I have reviewed the Application and find that Movant is entitled to proceed *in forma pauperis* on appeal.[1]

**IT IS HEREBY ORDERED** that the Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 1535) is **GRANTED**, and Movant is entitled to proceed with this matter without prepayment of fees or costs.

**ENTERED** this **3rd day of June 2015.**

                                            /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            U.S. MAGISTRATE JUDGE

---

[1] By this finding I make no ruling or recommendation on the merits of Movant's appeal.